## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WISCONSIN

---

**ROBERT J. STIETZ,**

                    Plaintiff,                    Case No. 19-CV-0043

 v.

**JOSEPH J. FROST and**
**NICK WEBSTER**,

                    Defendants.

---

## NOTICE OF APPEAL TO THE UNITED STATES
## COURT OF APPEALS FOR THE SEVENTH CIRCUIT

---

Notice is hereby given that Robert J. Stietz, Plaintiff in the above-named case, appeals to the United States Court of Appeals for the Seventh Circuit from the Opinion and Order entered by the District Court and docketed by the Clerk of Court on July 9, 2020, in favor of Defendants Joseph J. Frost and Nick Webster and against Plaintiff Robert J. Stietz.

Dated this 10th day of August 2020.

                    **MURPHY DESMOND S.C.**
                    Attorneys for Plaintiff


Electronically signed by: /s/ *Stephen L. Morgan*
                    Stephen L. Morgan
                    State Bar No. 1015099
                    33 East Main Street, Suite 500
                    P.O. Box 2038
                    Madison, WI 53701-2038
                    (608) 257-7181